# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BARBARA ANN BIGAKLE,

    Plaintiff,

v.                                                                            Case No. 05-C-29

NEENAH FOUNDRY CO.,

    Defendant.

## ORDER

On February 23, defendant filed a Rule 7.4 motion to compel production of documents relating to plaintiff's claim that she suffered emotional distress while employed at Neenah Foundry. The motion details repeated attempts to discover any evidence of this claim, all of which the plaintiff answered unresponsively. Since the motion to compel was filed, the plaintiff has filed a response to the defendant's summary judgment motion, as well as a letter with this court; but the plaintiff has not responded to the motion to compel.

Based on the facts set forth in the motion to compel, it seems likely that the plaintiff simply *has* no evidence that would be responsive. If that is the case, the plaintiff is ordered to make that fact explicit by conceding the point. In the event it has any material responsive to the defendant's request, however, it is ordered to provide such material within 10 days of the date of this order.

SO ORDERED this   6th   day of March, 2006.

                                                                    s/ William C. Griesbach
                                                                    William C. Griesbach
                                                                    United States District Judge